# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COREY SADDLER,<br><br>　　　　　　Defendant. | CR-18-13-GF-BMM-2<br><br><br>**O**RDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 27, 2021. (Doc. 69.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 26, 2021. (Doc. 65.) The United States accused Saddler of violating his conditions of supervised release 1) by using methamphetamine on five separate occasions; 2) by using spice on three separate occasions; 3) by failing to notify his probation officer of a contact with

law enforcement; and 4) by failing to answer the questions of his probation officer truthfully. (Doc. 61.)

At the revocation hearing, Saddler admitted that he had violated the conditions of his supervised release 1) by using methamphetamine on two separate occasions; 2) by using spice on three separate occasions; and 3) by failing to answer the questions of his probation officer truthfully. (Doc. 65.) Judge Johnston found that the violations Saddler admitted proved to be serious and warranted revocation, and recommended that Saddler receive a custodial sentence of 4 months, with 20 months of supervised release to follow.  He recommended Saddler should serve the first 60 days of supervised release in a secure inpatient drug treatment facility, such as Alternatives, Inc. In Billings, Montana.  He recommended Saddler should serve the next 180 days of supervised release in a residential re-entry center.  Saddler should be prohibited from gambling and entering gambling casinos while on supervised release. Saddler was advised of the 14 day objection period and his right to allocute before the undersigned.  (Doc. 65.)

The violations prove serious and warrants revocation of Saddler's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 69) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Corey Saddler Saddler be sentenced to the custod of the United States Bureau of Prisons for 4 months, with 20 months of supervised release to follow.  Saddler will serve the first 60 days of supervised release in a secure inpatient drug treatment facility, such as Alternatives, Inc. In Billings, Montana.  Saddler will serve the next 180 days of supervised release in a residential re-entry center.  Saddler is prohibited from gambling and entering gambling casinos while on supervised release

DATED this 11th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court