IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COREY SADDLER,<br><br>Defendant. | CR-18-13-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 22, 2022. (Doc. 94.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 18, 2022. (Doc. 89.) The United States accused Corey Saddler (Saddler) of violating his conditions

of supervised release 1) by committing another crime; 2) by using methamphetamine; and 3) by failing to report for substance abuse testing; and 4) by failing to report for substance abuse treatment. (Doc. 76.)

At the revocation hearing, Saddler admitted to violating the conditions of his supervised release 1) by using methamphetamine; 2) by failing to report for substance abuse testing; and 3) by failing to report for substance abuse treatment. Saddler denied alleged violation 1.  Judge Johnston dismissed alleged violation 1 on the government's motion.  (Doc. 89.)   Judge Johnston found that the violations Saddler admitted proved to be serious and warranted revocation, and recommended revocation of Saddler's supervised release and recommended that Saddler receive a custodial sentence of 6 months, with 14 months of supervised release to follow, with credit for 21 days of time served. (Doc. 94.)  Saddler was advised of his right to appeal and his right to allocute before the undersigned. The violations prove serious and warrant revocation of Saddler's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 94) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Corey Saddler be sentenced to the Bureau of Prisons for 6 months, with 14 months supervised release to follow.  Saddler will receive received for 21 days of time served.

DATED this 8th day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court