# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CORY SADDLER,<br><br>　　　　　Defendant. | CR-18-13-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 22, 2023. (Doc. 118.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 21, 2023. (Doc. 114.) The United States accused Corey Saddler, (Saddler) of violating his conditions of supervised release 1) by failing to notify his probation officer of a change in residence; 2) by using marijuana on four separate occasions; 3) by using methamphetamine on two separate occasions; 4) by committing another crime; and

5) by failing to complete his 120-day term at the Great Falls Residential Re-Entry Center. (Doc. 112.)

At the revocation hearing, Saddler admitted that he had violated the terms of his supervised release 1) by failing to notify his probation officer of a change in residence; 2) by using marijuana on four separate occasions; 3) by using methamphetamine on two separate occasions; and 4) by failing to complete his 120-day term at the Great Falls Residential Re-Entry Center. The Court dismissed alleged violation 6 on the government's motion.  (Doc. 114.)  Judge Johnston found that the violations Saddler admitted prove serious and warrants revocation of Saddler's supervised release and recommends a custodial sentence of 9 months, with no supervised release to follow. Judge Johnston also recommended that Saddler serve his term of custody at the Federal Correctional Institution in Sandstone, Minnesota.  (Doc. 118.)  Saddler was advised of his right to appeal and his right to allocute before the undersigned. He waived those rights. (Doc. 114.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 118) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Corey Saddler be sentenced to the Bureau of Prisons for a sentence of 9 months, no supervised release to follow.  Saddler should be housed at the Federal Correctional Institution in Sandstone, Minnesota.

DATED this 22nd day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court